**Dismissed and Opinion Filed April 2, 2020**



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-19-01066-CV

**SHELLY MARIE TRIGG, Appellant**
**V.**
**CHRISTOPHER DUNBAR, AS TRUSTEE OF THE CHRIS & PAIGE DUNBAR FAMILY TRUST, Appellee**

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-01748-2019**

## MEMORANDUM OPINION

Before Justices Bridges, Molberg, and Carlyle
Opinion by Justice Molberg

Before the Court is Appellant's Motion to Dismiss Appeal filed on February 11, 2020, seeking to dismiss the appeal and to have each party bear its own costs of appeal. The certificate of conference indicates that appellee's position on the motion is unknown, and appellee has filed no response. Appellant's motion does not describe any agreement between the parties regarding appellate costs.

We grant appellant's motion in part, and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). Costs will be taxed against appellant, subject to any agreement

between the parties for a different apportionment of costs. *See* TEX. R. APP. P. 42.1(d).

Having dismissed the appeal at appellant's request, our mandate will issue forthwith.

/Ken Molberg/
KEN MOLBERG
JUSTICE

191066f.p05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

SHELLY MARIE TRIGG, Appellant

No. 05-19-01066-CV      V.

CHRISTOPHER DUNBAR, AS
TRUSTEE OF THE CHRIS &
PAIGE DUNBAR FAMILY TRUST,
Appellee

On Appeal from the 401st Judicial
District Court, Collin County, Texas
Trial Court Cause No. 401-01748-
2019.
Opinion delivered by Justice
Molberg. Justices Bridges and
Carlyle participating.

In accordance with this Court's opinion of this date, the appeal is
**DISMISSED**.

Subject to any other agreement between the parties, it is **ORDERED** that
appellee CHRISTOPHER DUNBAR, AS TRUSTEE OF THE CHRIS & PAIGE
DUNBAR FAMILY TRUST recover his costs of this appeal from appellant
SHELLY MARIE TRIGG.

Judgment entered this 2nd day of April 2020.